```
THOMAS P. O'BRIEN
United States Attorney                          E-FILED 11/24/08
CHRISTINE C. EWELL
Assistant United States Attorney
Chief, Criminal Division
JENNIFER A. CORBET (SBN:  208241)
Assistant United States Attorney
     1400 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-3752
     Facsimile: (213) 894-0142

Attorneys for Plaintiff
UNITED STATES OF AMERICA
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>WILLIAM DOUGLAS PORTWOOD<br><br>          Defendant. | NO. CR 07-212-ABC<br><br>[PROPOSED] FINDINGS OF FACT AND ORDER REGARDING CONTINUANCE OF TRIAL DATE AND EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT<br><br>NEW TRIAL DATE: **1/13/09**<br>(BACK-UP DATE: 2/3/09)<br><br>PRE-TRIAL CONFERENCE: **1/5/09** |

Having read and considered the parties' Stipulation Regarding Continuance of Trial Date and Excludable Time Periods under Speedy Trial Act, and having heard from plaintiff, the United States of America, by and through its counsel of record, and defendant William Douglas Portwood, both individually and by and through his counsel, at a status conference held before this Court on November 17, 2008, and good cause appearing, the Court hereby FINDS AS FOLLOWS:

    1.   Defendant first appeared before a judicial officer in the court in which this case is pending on April 23, 2007.  The Speedy Trial Act, 18 U.S.C. § 3161, originally required that the trial commence on or before July 2, 2007.  The Court previously

found time periods from May 30, 2007 through December 2, 2008 to be excludable time periods under the Act.

   2.   On September 11, 2008, the Court set a trial date of December 2, 2008.

   3.   On November 17, 2008, this Court held a pretrial status conference in this case.  Defendant appeared in person with counsel Ronald Kaye, specially appearing for counsel of record Alan Eisner.  Upon the request of defendant through counsel, and after personally addressing defendant, the Court continued the trial date from December 2, 2008 to January 13, 2009, with a back-up trial date of February 3, 2009.  This Order supplements the findings and orders made by the Court at the pretrial conference.  In addition, this Order incorporates by reference the parties' Stipulation.

   4.   The continuance is not based on congestion of the Court's calendar, lack of diligent preparation on the part of the attorney for the government or the defense, or failure on the part of the attorney for the Government to obtain available witnesses.

   5.   The ends of justice served by the continuance outweigh the best interest of the public and defendant in a speedy trial.

   6.   Failure to grant the continuance would be likely to make a continuation of the proceeding impossible, or result in a miscarriage of justice.

   7.   Failure to grant the continuance would unreasonably deny defendant continuity of counsel and would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

1  Accordingly, the Court finds that there are facts that support a
2  continuance of the trial date in this matter, and good cause for
3  a finding of excludable time pursuant to the Speedy Trial Act, 18
4  U.S.C. § 3161.
5  THEREFORE, FOR GOOD CAUSE SHOWN:
6       1.  The trial in this matter is continued from December 2,
7  2008 to January 13, 2009, or if needed, to February 3, 2009, and
8  a pretrial conference is set for January 5, 2009 at 1:30 pm.
9       2.  The time period of December 2, 2008 to February 3,
10 2009, inclusive, is excluded in computing the time within which
11 the trial must commence, pursuant to 18 U.S.C. §§ 3161(h)(8)(A),
12 (h)(8)(B)(I), and (B)(iv).
13      3.  Nothing in this Order shall preclude a finding that
14 other provisions of the Speedy Trial Act dictate that additional
15 time periods are excluded from the period within which trial must
16 commence.  Moreover, the same provisions and/or other provisions
17 of the Speedy Trial Act may in the future authorize the exclusion
18 of additional time periods from the period within which trial
19 must commence.
20      IT IS SO ORDERED.

           Nov.24, 2008                    _____
                                           THE HONORABLE AUDREY B. COLLINS
                                           UNITED STATES DISTRICT JUDGE

Presented by:

__/s/_____
JENNIFER A. CORBET
Assistant United States Attorney